**Martha CAMP, Individually and as Executrix of the Estate of Earnest S. Camp and on behalf of University Bookstore Inc. and University Bookstore Inc. Employee Stock Ownership Plan; Estate of Earnest S. Camp, Plaintiffs–Appellants**

v.

**RCW & CO. INC., doing business as Roland Criss & Company, Ltd.; Christine Denton; Roland Criss Investments Corporation; Daniel Hollman; Hollman Lyon Patterson & Durell Inc.; Erin Bonner; Preferred Business Services Inc., doing business as Liberty Business Exchange; McClure Schumacher & Associates, LLP; Bruce Ruud & Associates LLC; McClure & Schumacher, PC; Jeffrey A. Schumacher, Defendants–Appellees.**

No. 08–20597.

United States Court of Appeals, Fifth Circuit.

Aug. 31, 2009.

Michael Forni, Dallas, TX, for Plaintiffs–Appellants.

Edward Slayton Cox, Morrison & Cox, Colleyville, TX, Randall L. Rouse, Lynch, Chappell & Alsup, Midland, TX, Barbara Thompson Hale, Blanscet Sutherland Hooper & Hale, L.L.P., Addison, TX, Dawn Renee Meade, The Spencer Law Firm, Houston, TX, for Defendants–Appellees.

Before KING, HIGGINBOTHAM, and CLEMENT, Circuit Judges.

PER CURIAM: *

The judgment of the district court is AFFIRMED for essentially the reasons provided in its Memorandum and Order of May 3, 2007, 2007 WL 1306841, and its Memorandum and Order of August 15, 2008.[1]

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. We are satisfied that the district court correctly dismissed any joint and several liability claims against Daniel Hollman and the law firm of Hollman, Lyon, Patterson & Durell, Inc., in these orders.